DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRUCE L. BLUM,** Individually and As Trustee of The Family Foundation
Trust,
Appellant,

v.

**PNC BANK, NATIONAL ASSOCIATION,**
Appellee.

No. 4D18-3015

[October 17, 2019]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St.
Lucie County; Robert E. Belanger, Judge; L.T. Case No. 2016CA000779.

James A. Bonfiglio of the Law Offices of James A. Bonfiglio, P.A.,
Boynton Beach, for appellant.

William L. Grimsley of McGlinchey Stafford, Jacksonville, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and GERBER, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***